AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:25-mj-522-BNW |
| | ) | |
| JULIUS HOUSTON | ) | Charging District:   Northern Dist. of Georgia |
| *Defendant* | ) | Charging District's Case No.   1:25cr267 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:   Georgia Northern District Court<br>Richard B Russell Federal Bld. and US Courthouse<br>75 Ted Turner Drive, Room 2211<br>Atlanta, GA 30303-3309 | Courtroom No.:  TBD<br><br>Date and Time:  TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        July 16, 2025

_____

*Judge's signature*

BRENDA WEKSLER, United States Magistrate Judge

*Printed name and title*



RECEIVED
SERVED ON
FILED
ENTERED    COUNSEL/PARTIES OF RECORD

JUL 16 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____  DEPUTY